1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11                                                      ***E-FILED - 3/27/07***

12  STUART R. LOBENBERG,            )
                                    )   CIVIL NO. C-06-07087 RMW
13         Plaintiff,               )
                                    )
14         v.                       )
                                    )   STIPULATION AND ORDER FOR
15  LINDA S. McMAHON[1],            )   EXTENSION
    Acting Commissioner of          )
16  Social Security,                )
                                    )
17         Defendant.               )
                                    )
18  _____  )

19     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20  approval of the Court, that the Commissioner have a 30-day extension of time in which to answer the

21  complaint and file the administrative record in this matter in accordance with 42 U.S.C. § 405(g).  The

22  extension is necessary because the original administrative record is defective and a new one will have to

23  be prepared.

24     The Commissioner's answer is currently due on February 13, 2007, it will now be due on March 15,

25

26
       [1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security.
27  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be
    substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further
28  action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social
    Security Act, 42 U.S.C. § 405(g).

1  2007.

2

3  Dated: February 5, 2007          /s/ *James Hunt Miller*
4                                      *(As authorized via telephone on February 5, 2007)*
                                     JAMES HUNT MILLER
                                     Attorney for Plaintiff
5

6                                    KEVIN V. RYAN
                                     United States Attorney
7

8  Dated: February 5, 2007    By:    /s/ *Elizabeth Firer*
                                     ELIZABETH FIRER
9                                    Special Assistant United States Attorney

10

11 PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social
12 Security shall have an additional 30 days in which to respond to Plaintiff's complaint and file the
13 administrative record, up to and including March 15, 2007.

14

15

16 Dated:  3/27/07                    *Ronald M. Whyte*
17                                   RONALD M. WHYTE
                                     United States District Judge
18

19

20

21

22

23

24

25

26

27

28