SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-FILED - 8/21/07*

| | |
|---|---|
| STUART R. LOBENBERG, ) | CIVIL NO. 06-07087 RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER FOR REMAND |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to affirm the favorable determination made on a subsequent application, granting benefits the day after the administrative decision at issue in this matter. The ALJ will be further directed to evaluate the records from Thomas Marra, Ph.D., and explain the weight given to the doctor's opinion.  Finally, the ALJ will be directed to obtain medical expert testimony in order to clarify the nature and severity of Plaintiff's impairments and to determine whether

an earlier onset date would be appropriate.

Dated: *July 24, 2007*  /s/ *James Hunt Miller*

(*As authorized via e-mail on July 24, 2007*)

JAMES HUNT MILLER

Attorney for Plaintiff


SCOTT N. SCHOOLS

United States Attorney


Dated: *July 11, 2007*  By:  /s/ *Elizabeth Firer*

Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.


Dated: 8/21/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

2